§ 558.019, RSMo 1986. Pursuant to a plea bargain, the trial court sentenced him to eight years as a prior and persistent offender, not as a Class X offender.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The motion court's judgment is affirmed pursuant to Rule 84.16(b).

**Donnie Ray MASON, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

No. 68384.

Missouri Court of Appeals,
Eastern District,
Division One.

April 16, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 22, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. He had previously pled guilty to felony stealing as a prior and persistent offender under